IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CARL EDWARD SWAN                                                                    PLAINTIFF

VS.                                                                                  CAUSE NO. 2:09-cv-221

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                                                      DEFENDANT

**ORDER GRANTING ADDITIONAL
TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES**

THIS DAY this cause having come on for hearing on the Attorney for Plaintiff's *Ore Tenus* Motion for Extension of time in which to filed a Memorandum of Authorities in the above cause, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order and Adjudge as follows:

1) That the Plaintiff herein is hereby allowed an extension of time in which to file his Memorandum of Authorities in the above styled and numbered cause, said extension to run through and including the 26th day of July, 2010.

SO ORDERED AND ADJUDGED, this the 14th day of June, 2010.

/s/David A. Sanders
U. S. MAGISTRATE JUDGE